errors assigned being susceptible of proper examination and adjudication without considering the evidence, no reversal of the judgment of the court below is legally possible.     *Judgment affirmed.*

April 30, 1894.   Argued at the last term.

R. R. NORMAN and W. L. CLARKE, by D. W. ROUNTREE, for plaintiff in error.   DeLACY & BISHOP, *contra.*

---

THE MAYOR AND COUNCIL OF WAYCROSS *v.* NEAL.
THE SAME *v.* BURDELL.

94a 731
98   427
94   731
Case 3
116  105

There being no motion for a new trial, but a direct bill of exceptions assigning as erroneous a judgment rendered by the presiding judge without a jury, and the evidence not being set out in the bill of exceptions, and no brief thereof having been made and approved by the judge so as to make the same a part of the record, the evidence has not been brought to this court in the manner prescribed by law and cannot be considered; and the error assigned necessarily involving a consideration of the evidence, no adjudication thereon can be had.                                   *Writ of error dismissed.*

April 30, 1894.   Argued at the last term.

J. L. CRAWLEY, by J. C. McDONALD, for plaintiff in error.   HITCH & MYERS, *contra.*

---

THE BANK OF SOUTHWESTERN GEORGIA *v.* TILLMAN *et al.*

There being no appearance here for the defendant in error, and no evidence, by the sheriff's return or by the record, that she was a non-resident of Sumter county; and the return showing that the bill of exceptions was served upon her attorney by leaving a copy of the same at his residence, and not otherwise, the writ of error is dismissed for insufficient service of the same.   Code, §4259.

August 14, 1894.                          *Writ of error dismissed.*

R. L. MAYNARD, by brief, for plaintiff in error.

---

PRITCHETT, adm'r, *v.* COMMISSIONERS OF BARTOW COUNTY.

· 94   731
Case 2
123  319

Where a case was argued in this court on the 31st day of January, 1894, during the October term, 1893, and the plaintiff in error died on the 7th day of February, 1894, and this court, without being in-